[Criminal No. 695. Filed February 24, 1930.]

[284 Pac. 1118.]

ED DUNIGAN, Appellant, v. STATE, Respondent.

Mr. R. H. Brumback and Mr. E. B. Goodwin, for Appellant.

The Attorney General, for the State.

PER CURIAM.—The record in this case was filed November 20th, 1928, and nothing more has been done. The information states a public offense, and is sustained by the evidence.

Judgment affirmed.